■ In the Matter of DENNIS WATKINS, Petitioner, v EDWARD McLAUGHLIN et al., Respondents. [823 NYS2d 751]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur— Tom, J.P., Andrias, Saxe, Marlow and Nardelli, JJ.